IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| ALWYN RICHARDS, <br> Plaintiff, | § § § | Case No. 2:20-CV-00547 (RGD/LRL) |
| v. | § § | JURY TRIAL DEMANDED |
| PEPSICO, INC., <br> Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**ALWYN RICHARDS** ("Plaintiff"), and **PEPSICO, INC.** ("Defendant"), Plaintiff and Defendant in the above-styled and numbered cause (collectively, the "Parties"), respectfully stipulate that any and all claims that any party has or may have against the other are hereby DISMISSED WITH PREJUDICE. The Parties also hereby agree and stipulate that each party is responsible for its own costs and attorneys' fees incurred as a result of this action and that all rights of appeal are hereby waived.

Respectfully submitted,

*/s/ Steven B. Wiley*
**Steven B. Wiley**
Virginia State Bar No. 47531
WILEY LAW OFFICES, PLLC
440 Monticello Avenue, Suite 1817
Norfolk, Virginia 23510
Telephone: (757) 955-8455
Email: swiley@wileylawoffices.com

**ATTORNEY FOR PLAINTIFF**

*/s/ Raymond A. Cowley*
**Raymond A. Cowley**
Texas State Bar No. 04932400
(Admitted Pro Hac Vice)
DYKEMA GOSSETT, PLLC
1400 North McColl Rd., Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Email: rcowley@dykema.com

**ATTORNEY FOR DEFENDANT**

4813-3132-8755.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system, on the following:

**Sean C. Griffin**
Virginia State Bar No. 35824
Admitted Eastern District of Virginia
**Dykema Gossett, PLLC**
1301 K Street, N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8703
Email: sgriffin@dykema.com

and

**Raymond A. Cowley**
Texas State Bar No. 04932400
(Admitted Pro Hac Vice)
**Dykema Gossett, PLLC**
1400 North McColl Rd., Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Email: rcowley@dykema.com

*/s/ Steven B. Wiley*
Steven B. Wiley (VSB No. 47531)
WILEY LAW OFFICES, PLLC
440 Monticello Avenue, Suite 1817
Norfolk, Virginia 23510
Email: swiley@wileylawoffices.com